No. 1034. MARINE *v.* COE, COMMISSIONER OF PATENTS. April 27, 1942. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Mr. Richard E. Marine, pro se. Solicitor General Fahy, Assistant Attorney General Shea,* and *Mr. Melvin H. Siegel* for respondent.

No. 1037. BRIDGEPORT CITY TRUST CO. ET AL., EXECUTORS, *v.* COMMISSIONER OF INTERNAL REVENUE. April 27, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Charles B. McInnis* for petitioners. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *Lee A. Jackson* for respondent.

No. 1044. FARM BUREAU MUTUAL AUTOMOBILE INSURANCE CO. *v.* VIOLANO, ADMINISTRATRIX, ET AL. April 27, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Guy M. Page* for petitioner. *Mr. Martin J. Roess, Jr.* for respondents.

No. 1047. ASSOCIATED HOSPITAL SERVICE CORP. *v.* HASSETT, FORMER ACTING COLLECTOR. April 27, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. John P. Carr* for petitioner. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Mr. Sewall Key* for respondent.

No. 1049. FEDERAL DEPOSIT INSURANCE CORPORATION, RECEIVER, *v.* WHITE ET AL. April 27, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the